UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| PETE SMITH | CIVIL ACTION NO. 05-0960-A |
| | SECTION "P" |
| -vs- | JUDGE DRELL |
| WARDEN MENIFEE | MAGISTRATE JUDGE KIRK |

## JUDGMENT OF DISMISSAL

After an independent review of the record, including the objections filed by the plaintiff and his motion to withdraw petition, and in concurring with the reasoning of the magistrate judge in the report and recommendation filed previously herein,

IT IS ORDERED that this petition for a writ of *habeas corpus* is DISMISSED WITH PREJUDICE.

SIGNED on this 29th day of June, 2005, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge